JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6598
Fax:          (415) 436-7234
E-mail: arvon.perteet@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $59,700.00 IN UNITED STATES CURRENCY,<br><br>  Defendant(s). | No. CV 10-0207 SI<br><br>CONSENT ORDER OF SETTLEMENT |

### CONSENT ORDER OF SETTLEMENT AND FORFEITURE

WHEREAS, on January 15, 2010, the United States filed a complaint for forfeiture of certain currency seized as a result of the investigation conducted by Contra Costa County Sheriff's Department and a seizure of the defendant currency, federally adopted by DEA;

WHEREAS, notice of this action has been given by publication and the only

claim submitted with respect to the defendant currency is that of JOSE CRUZ LEON-MENDOZA, filed on February 5, 2010;

WHEREAS, pursuant to the settlement negotiations among the parties, JOSE CRUZ LEON-MENDOZA agrees to withdraw his claim with respect to $29,850.00 of the seized currency in any administrative or judicial forfeiture proceeding;

WHEREAS, pursuant to the settlement negotiations among the parties, the United States agrees to release to JOSE CRUZ LEON-MENDOZA c/o Daniel A. Flores, his attorney of record, the sum of $29,850.00 plus interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect.

WHEREAS, the United States agrees to return all copies of documents obtained by the United States through its investigation of this matter to JOSE CRUZ LEON-MENDOZA, including deposition transcripts, deposition cd, tax documents, bank statements, mortgage statements, workers' compensation settlement documents, property tax records, and photographs that are in the possession of the United States, unless prohibited by law.

WHEREAS, the parties agree that the United States and JOSE CRUZ LEON-MENDOZA will each bear its own attorney costs and fees related to this matter.

WHEREAS, the United States has represented that no information gained in this action has been used to initiate any federal investigations, either criminal or civil in nature, of any allegations of wrongdoing by Claimant JOSE CRUZ LEON-MENDOZA.

AND WHEREAS, it appearing to the court from the endorsement of the parties, that the parties have agreed to a resolution of this matter with respect to the defendant currency, and deeming it proper to do so;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Notice of this action having been given by publication and there being only the claim filed byJOSE CRUZ LEON-MENDOZA, the default of all persons or entities other than JOSE CRUZ LEON-MENDOZA is entered.

Consent Order of Settlement and Forfeiture
CV 10-0207 SI                                                                                           2

1      2. A portion of the defendant currency, to wit $29,850.00 is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), free from the claims of any other party.

    3. A portion of the defendant currency, to wit the sum of $29,850.00 plus interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned by the United States to JOSE CRUZ LEON-MENDOZA c/o Daniel A. Flores, his attorney of record.

    4. The United States shall dispose of the forfeited currency in accordance with the law.

    5. JOSE CRUZ LEON-MENDOZA releases the United States of America and all of its respective agencies, officers, agents, and employees from any claims or actions, including that for attorney fees or cost or interest, concerning the seizure and custody of the defendant currency.

    6. The United States releases JOSE CRUZ LEON-MENDOZA from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the defendant currency.

    7. The United States agrees to return all copies of documents obtained by the United States through its investigation of this matter to JOSE CRUZ LEON-MENDOZA, and documents received directly from JOSE CRUZ LEON-MENDOZA, including deposition transcripts, deposition cd, tax documents, bank statements, mortgage statements, workers' compensation settlement documents, property tax records, and photographs that are in the possession of the United States, unless prohibited by law.

    8. The parties agree that this Consent Order of Settlement is the result of a compromise, and shall not, by any person, at any time or for any purpose be considered an admission of liability or responsibility, or of the truth of any allegation of any party, at any time, for any purpose, in any form or in any amount.

//

9. The parties to this action shall execute any documents necessary or proper to effectuate the terms of this Order.

_____       *[signature]*
Date      DISTRICT COURT JUDGE, SUSAN ILLSTON

WE ASK FOR THIS:

*[signature]*

ARVON J. PERTEET

Special Assistant United States Attorney

*[signature]* 6/17/10

DANIEL A. FLORES

Counsel for Claimant, JOSE CRUZ LEON-MENDOZA

*[signature]* CL 06/17/10

JOSE CRUZ LEON-MENDOZA

Claimant

Consent Order of Settlement and Forfeiture
CV 10-0207 SI